E-FILED: 06-18-2014

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BETHEA,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, and AMERICAN COLLECTIONS ENTERPRISE, INC.,<br><br>        Defendants. | Case No. 8:13-cv-01527 PSG-RZ<br>Judge:   Hon. Philip S. Gutierrez<br><br>[PROPOSED] ORDER RE STIPULATION TO TRANSER PURSUANT TO 28 U.S.C. §1404(a)<br><br>Complaint filed: September 30, 2013<br>Discovery Cut-off date: July 7, 2014<br>Motion Filing Cut-off date: August 5, 2014<br>Pre-trial Conference: October 6, 2014<br>Trial date: October 28, 2014 |

## ORDER

The Court has considered the Stipulation of Plaintiff SHAWN BETHEA and Defendant AMERICAN COLLECTIONS ENTERPRISE, INC. for an order transferring this case to the U.S. District Court for the District of Virginia pursuant to 28 U.S.C. § 1404(2), the facts and averments set forth therewith, and all pleadings and papers filed in this action.

/ / /

The Court hereby finds that, considering this action could have been brought in the District of Virginia, the interests of justice and judicial economy that would be advanced by transfer, and the convenience of the parties and likely witnesses, there is good cause to transfer this action to the District of Virginia.

Therefore, the Stipulation for and Order to Transfer Pursuant to 28 U.S.C. § 1404(a) is GRANTED.

1. This action shall be transferred immediately to the U.S. District Court for the District of Virginia; and

2. The trial date of October 28, 2014 and all pending pre-trial dates and cut-off dates shall be continued for at least ninety (90) days as convenient for the District Court in Virginia.

**IT IS SO ORDERED.**

DATED: June 18, 2014

Honorable Philip S. Gutierrez
United States District Judge